UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20mj03627 Becerra

IN RE COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Yvonne Rodriguez-Schack*
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 794686
99 Northeast 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9014
E-mail: yvonne.rodriguez-schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| EDUARDO ENRIQUE MENDOZA OLIVAR, MICHAEL SOTO, and LUIS QUINTERO, | ) ) ) ) ) ) | Case No. 1:20mj03627 Becerra |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about September 7, 2020, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved one-thousand (1,000) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

HSI SA Carlos Suarez
Printed name and title

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 16th day of September, 2020.

Date: 9.16.20

_____
Judge's signature

City and state: Miami, Florida

Jacqueline Becerra, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Carlos Suarez, being duly sworn, hereby depose and state the following:

1. Your Affiant is a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), employed as such since April of 2019. Previously, your Affiant was employed as a Special Agent with Health and Human Services, Office of the Inspector General from March of 2017 through March of 2019. Prior to that, your Affiant was employed as a Special Agent with HSI from August of 2010 through February of 2017. Your Affiant is currently assigned to the HSI Miami, Marine Smuggling Group. Your Affiant's duties include conducting criminal investigations involving violations of a variety of federal laws, including the importation of illegal narcotics into the United States and the possession of controlled substances.

2. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against EDUARDO ENRIQUE MENDOZA OLIVAR, MICHAEL SOTO and LUIS QUINTERO for knowingly and willfully conspiring to possess with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine and marihuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as, information obtained from other law enforcement personnel.

3. On or about September 7, 2020, while on patrol in the Eastern Pacific, the United States Coast Guard ("USCG") Cutter *ESCANABA* was diverted to intercept a target of interest vessel located 70 nautical miles (NMs) from Cambutal, Panama, in international waters and upon the high seas. The target vessel was suspected of being without nationality as it was void of national indicia and was traveling in a known drug area at a high rate of speed. When the USCG presence was detected, the occupants of the vessel began jettisoning packages.

4. The USCG *ESCANABA* launched an over-the-horizon, smaller boat, with a USCG boarding team to intercept the vessel and investigate. A Statement of No Objection was authorized for a Right of Visit boarding. Upon arrival, the boarding team was unable to locate a flag, registration documents, registration number or homeport for the vessel. The vessel had the name "La Reina II" painted on the hull, in addition to the marking "CP-01." The three individuals onboard were later identified EDUARDO ENRIQUE MENDOZA OLIVAR, MICHAEL SOTO, both Costa Rican nationals, and LUIS QUINTERO, a Panamanian national. The master claimed Costa Rican nationality for the vessel. Based on this information, the Government of Costa Rica was contacted. The Government of Costa Rica responded that it could neither confirm nor deny the nationality for the vessel, therefore, the vessel was deemed a vessel without nationality and subject to the jurisdiction of the United States. A full law enforcement board was conducted.

5. The USCG boarding team located a total of 28 packages which were field tested and proved positive for the presence of marihuana. An additional six (6) packages were located and field tested and proved positive for the presence of cocaine.

Approximately 1,463 kilograms of suspected marihuana and six (6) kilograms of suspected cocaine was recovered and transferred to the USCGC *ESCANABA*. The three individuals were also transferred to the Cutter.

6. On September 17, 2020, EDUARDO ENRIQUE MENDOZA OLIVAR, MICHAEL SOTO and LUIS QUINTERO are scheduled to arrive on board the USCG Cutter *HARRIET LANE* in the Southern District of Florida where custody of them will be transferred to federal law enforcement officers.

7. Based on the foregoing facts, I submit that probable cause exists to believe that the defendants, EDUARDO ENRIQUE MENDOZA OLIVAR, MICHAEL SOTO and LUIS QUINTERO, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine and marihuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CARLOS SUAREZ
Special Agent
Homeland Security Investigations

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this __16__ day of September, 2020.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

3